994

*Acting Assistant Attorney General Rice* and *Robert N. Anderson* for respondent.

No. 653. CLICK *v.* JACKSONVILLE TERMINAL Co. Supreme Court of Florida. Certiorari denied. *Will O. Murrell* for petitioner. *Elliott Adams* for respondent.

No. 654. DE VEGVAR *v.* GILLILLAND ET AL., CONSTITUTING THE FOREIGN CLAIMS SETTLEMENT COMMISSION OF THE UNITED STATES, ET AL. United States Court of Appeals for the District of Columbia Circuit. Certiorari denied. *Ernest Angell, Percy A. Shay* and *James E. Hughes* for petitioner. *Solicitor General Sobeloff, Assistant Attorney General Burger, Samuel D. Slade* and *B. Jenkins Middleton* for respondents. *Philip Levy, Samuel A. McCain, Milton Pollack* and *Robert T. Reynolds* filed a brief for Anninger et al., as *amici curiae,* in opposition to the petition.

No. 659. MOODY *v.* UNITED STATES. C. A. 6th Cir. Certiorari denied. *L. E. Gwinn* for petitioner. *Solicitor General Sobeloff* and *Acting Assistant Attorney General Rice* for the United States.

No. 660. BLUNT *v.* EMPLOYERS MUTUAL LIABILITY INSURANCE Co. C. A. 5th Cir. Certiorari denied. *Franklin Jones* and *C. A. Brian* for petitioner. *Hobert Price* and *Royal H. Brin, Jr.* for respondent.

No. 663. CHRISTIANSON ET AL. *v.* UNITED STATES. C. A. 8th Cir. Certiorari denied. *Eugene Gressman* and *John W. Graff* for petitioners. *Solicitor General Sobeloff,*